*Original copy for Court*

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**98 - 0112 CIV-GRAHAM**

**MAGISTRATE SORRENTINO**

Mr. John Thomas Bagley

_____

(Enter above the full name of the plaintiff or plaintiffs in this action.)

v.

Smithsonian Institution (S.I.)

_____

(Enter above the full name of the defendant or defendants in this action.)

FILED by ___ D.C.
INTAKE
JAN 16 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

cat / div _____
Case # 1:98cv0112
Judge DLG    Mag CHS
Motn Ifp Yes    Fee pd $____
Receipt # ____

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

<u>The clerk will not file your complaint unless it conforms to these instructions and to these forms.</u>

Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )   No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs: _____

         _____

Defendants: _____

_____

2. Court (if federal court, name the district; if state court, name the county): _____

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement: *Estell Unit, T.D.C.J.I.D., Huntsville, Texas 77340*

A. Is there a prisoner grievance procedure in this institution?

Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not: _This complaint is not pertaining to the prison system._

### III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

A. Name of plaintiff _Mr. John Thomas Bagley_
   Address _Estelle #652853, Huntsville, Texas 77340_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Smithsonian Institution (S.I.)_
   is employed as _publisher and distributor, collector of funds,_
   at _P.O. Box 420235, Palm Coast, Florida 32142-0235_

C. Additional Defendants: _none_

### IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not

give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

see attached sheets marked 1 JTB and 2 JTB * with accompanying carbon copy enclosed for defendant

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Since, the Smithsonian Institution does not want to settle this matter pertaining to monetary payments, for the

*mental pains and anguishes they put upon me for over twenty-one (21) months as they dishonored their contractual obligations, as they fraudulently used the U.S. mails to steal my monies and use them in their business operations. I want the Honorable Court to allow me to proceed before a nisi prius jury for monetary damages.*

Signed this 5th day of January, 1998

Mr. John Thomas Bagley

(Signature of plaintiff or plaintiffs)

**VERIFICATION**

State of Texas )
County of Walker )

Mr. John Thomas Bagley, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Mr. John Thomas Bagley
(Signature of affiant-plaintiff)

Subscribed and sworn to before me

this 5 day of JAN, 19 98.

Adolph Bothe

ADOLPH BOTHE
Commission Expires 04-10-2000

On the date of February 1, 1996, via the U.S. mails I entered into a contract with the Smithsonian Institution (S.I.), upon receipt from our contractual & agreed payment of eleven (11) dollars, with the Bank money order #58100, drawn upon the Farmers National Bank, P.O. Box 10, Hale, Texas 79547-0010. S.I., cashed money order #58100 and deposited the funds into their bank account and used them in their business operations. However, S.I., did not honor our contractual agreement. I, tried earnestly, to get them to uphold our contract agreement on several occasions over a period of months, those efforts were futile. All, of my letters were ignored, and the two (2) that were responded to by S.I., were insulting and making demands upon me which I could not meet from a prison cell in "Lock-down". S.I., wholly ignored me as they stole my monies under the color of law, using the U.S. mails to perpetrate their fraud upon me. Then in August 1997, I wrote (1) Consumer Advocate, Mail-Fraud, Washington, D.C., (2) Mr. Leonard Elias, Consumer Advocate Metropolitan Dade County, and (3) Mr. Frederic A. Kerstein, Chief, Dade County Economic Crime Unit. It was only after I had contacted the three (3) aforelisted agencies, and reported that S.I., had perpetrated a mail-fraud theft upon me, and had not fulfilled our contract agreement; and after the agencies had contacted S.I., about the matter, that in the latter part of the month of November 1997, that S.I., mailed me an "associate membership" card and one (1) magazine one (1) magazine during December 1997. During that time period I wrote S.I., two (2) letters, and inquired if they were not only going to fulfill their contract agreement, but were they also going to pay me monetary damages for the mental pains and anguishes, that they had put in me for over twenty-one (21) months with their insulting insolent letters and impossible demands. i.e., — "(1) how do you know we got your check, (2) send us a copy of the front and back of the cashed check," these two (2) separate responses were given by S.I., in 1996. I could not meet those two (2) demands from a "Lock-down" prison cell. However, the Farmers National Bank records of of the transaction does not lie, and shows S.I., broke our contract agreement, insulted me, and stole my monies via the U.S. mails. To these inquiries of payment for damages, S.I., has been silent, and as of this writing it seems they have ceased to mail me the magazine. S.I., made me a constitutionally valid contract offer via the U.S. mails, and I accepted their offer by complying

Page 1 JTB of 2 JTB*